UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-05609-MMM(PJWx) | Date: | November 2, 2015 |
|---|---|---|---|

| Title | *Todd Hall et al v. Live Nation Worldwide, Inc. et al* |
|---|---|

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| Anel Huerta | | Sandra Macneal |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| D. Alan Harris | Elena Baca |
| David Garrett | George Abele |

**Proceedings:** **Plaintiff's Motion to Remand[16]; Defendant's Motion to Dismiss[11]; Scheduling Conference**

The parties are ordered to a private mediator based upon a stipulation of the parties to be completed no later than October 31, 2016.   See Order/Referral to ADR Program.

After conferring with counsel, the Court schedules the following dates:

| | |
|---|---|
| Rule 26 disclosures: | November 16, 2015 |
| Deadline to file motions/stipulations seeking amendment of pleadings: | November 30, 2015 |
| Class Certification motion: | March 2, 2016 |
| Class Certification opposition: | April 4, 2016 |
| Class Certification reply: | April 18, 2016 |
| Class Certification hearing: | May 2, 2016, at 10:00 AM |
| Further telephone status conference: | August 10, 2016, at 5:00 PM |
| Fact discovery cut-off: | September 2, 2016 |
| Initial expert disclosures: | September 16, 2016 |
| Rebuttal expert disclosures: | September 30, 2016 |
| Expert discovery cut-off: | October 14, 2016 |

(All discovery motions are to be filed sufficiently in advance of the discovery cut-off date that they may be heard on or before that date)

00 : 30

| | |
|---|---|
| Motions hearing cut-off: | November 14, 2016, at 10:00 AM |
| Final Pretrial Conference: <u>(Including motions in limine)</u> | December 12, 2016, at 9:00 AM |
| Jury Trial: | January 10, 2017, at 8:30 AM |

The court takes the motion to remand and the motion to dismiss under submission.

Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**. If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.